UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KINO AGGREGATES, INC., <br><br> Defendant. | Case No. 16-cv-02795-HSG <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. No. 40 |

The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 2/24/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge