EJ-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, State Bar number, and telephone number):*<br><br>Recording requested by and return to:   296344<br>Matthew P. Minser, Esq.<br>Saltzman and Johnson Law Corporation<br>44 Montgomery St., Suite 2110<br>San Francisco, CA 94104<br>415-882-7900         415-882-9287<br>[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |

| | |
|---|---|
| **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 1301 Clay Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, California 94612<br>BRANCH NAME: Northern District of California | *FOR RECORDER'S USE ONLY* |

| | |
|---|---|
| PLAINTIFF:   Operating Engineers' Health and Welfare Trust Fund, et al.<br><br>DEFENDANT:   Kino Aggregates, Inc. | CASE NUMBER:<br>C16-2795 HSG |
| **ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**   [ ] **Amended** | *FOR COURT USE ONLY* |

1.  The   [X] judgment creditor   [ ] assignee of record
    applies for an abstract of judgment and represents the following:
    a.  Judgment debtor's
    
    Name and last known address
    
    ⌐Kino Aggregates, Inc.                                      ¬
      711 Carson St., Ste. 6
      Carson City, NV 89701
    L                                                           ⌐

    b.  Driver's license No. [last 4 digits] and state:  N/A        [ ] Unknown
    c.  Social security No. [last 4 digits]:  N/A                    [ ] Unknown
    d.  Summons or notice of entry of sister-state judgment was personally served or
        mailed to *(name and address):* Kino Aggregates, Inc., c/o AABS, Inc., Agent for Service of Process,
                                        1817 Morena Blvd., Ste. A, San Diego, CA 92110

2.  [ ] Information on additional judgment debtors is shown on page 2.

3.  Judgment creditor *(name and address):.*
    Operating Engineers Health and Welfare Trust Funds, et al.
    c/o Saltzman and Johnson Law Corporation
    44 Montgomery St., Suite 2110, San Francisco, CA 94104
    Date:  April 7, 2017
    Matthew P. Minser, Esq.
    _____
    (TYPE OR PRINT NAME)

4.  [X] Information on additional judgment creditors is shown on page 2.

5.  [ ] Original abstract recorded in this county:
    a.  Date:
    b.  Instrument No.:

    ▶ _____
      (SIGNATURE OF APPLICANT OR ATTORNEY)

6.  Total amount of judgment as entered or last renewed:
    $           106,356.11
7.  All judgment creditors and debtors are listed on this abstract.
8.  a.  Judgment entered on *(date):* 2/24/17
    b.  Renewal entered on *(date):*
9.  [ ] This judgment is an installment judgment.

[SEAL]

| |
|---|
| This abstract issued on *(date):*<br>APR 1 0 2017 |

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of *(name and address):.*

11. A stay of enforcement has
    a.  [X] not been ordered by the court.
    b.  [ ] been ordered by the court effective until
           *(date):*

12. a.  [ ] I certify that this is a true and correct abstract of
            the judgment entered in this action.
    b.  [ ] A certified copy of the judgment is attached.

Clerk, by _____VALERIE KYONO_____ , Deputy

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. January 1, 2008] |  Martin Dean's<br>ESSENTIAL FORMS™ | **ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS**<br>OE3CL | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| PLAINTIFF: | Operating Engineers' Health and Welfare Trust Fund, et al. | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Kino Aggregates, Inc. | C16-2795 HSG |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
   See Attachment 15

14. Judgment creditor *(name and address):*

15. ☒ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.               Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17.               Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits] ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18.               Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19.               Name and last known address

Driver's license no. [last 4 digits]
and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]
Martin Dean's
ESSENTIAL FORMS™

**ABSTRACT OF JUDGMENT - CIVIL
AND SMALL CLAIMS**

OE3CL

Page 2 of 2

**MC-025**

| SHORT TITLE:<br>Operating Engineers' Health and Welfare, et al., v. Kino Aggregates, Inc. | C16-2795 HSG |
|---|---|

**ATTACHMENT** *(Number)* : __15____
*(This Attachment may be used with any Judicial Council form.)*

Judgment Creditors:

OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA;

PENSION TRUST FUND FOR OPERATING ENGINEERS;

PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND;

OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND;

RUSSELL E. BURNS and RICHARD PIOMBO, Trustees; and

OPERATING ENGINEERS LOCAL 3 OF THE INTERNATIONAL UNION OF OPERATING

ENGINEERS, AFL-CIO.

Address:
c/o Matthew P. Minser, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __1____ of __1____
*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]



Martin Dean's
ESSENTIAL FORMS™

**ATTACHMENT**
**to Judicial Council Form**

SHECL

*www.courtinfo.ca.gov*